IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARCUS, | No. C-16-2871 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO PROVIDE CHAMBERS COPIES OF DOCUMENTS** |
| v. | |
| CITY OF RICHMOND, et al., | |
| Defendants. | |

On June 3, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith chambers copies of the Notice of Removal, filed May 27, 2016, and all exhibits attached thereto.

**IT IS SO ORDERED.**

Dated: June 17, 2016

_____
MAXINE M. CHESNEY
United States District Judge