IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE MARCUS,

    Plaintiff,

v.

CITY OF RICHMOND, et al.,

    Defendants.

No. C-16-2871 MMC

**ORDER VACATING JULY 8, 2016 HEARING ON DEFENDANT'S MOTION TO DISMISS**

    Before the Court is defendant City of Richmond's Motion to Dismiss, filed June 3, 2016. To date, no opposition has been filed.[1]

    Having read and considered the papers filed in support of the motion, the Court deems the motion suitable for decision thereon, and VACATES the hearing scheduled for July 8, 2016.

    **IT IS SO ORDERED.**

Dated: July 1, 2016

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] The deadline to file opposition was June 17, 2016. See Civil L.R. 7-3(a) (providing "opposition must be filed and served not more than 14 days after the motion was filed").