IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARCUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RICHMOND, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-02871-MMC<br><br>**ORDER TO SHOW CAUSE** |

On August 15, 2016, the Court ordered plaintiff to "immediately submit[]" a chambers copy of his First Amended Complaint, in accordance with the Court's Standing Orders and the Civil Local Rules of this District. To date, no chambers copy has been submitted.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than August 31, 2016, why sanctions should not be imposed for plaintiff's failure to comply with the Court's order.

**IT IS SO ORDERED.**

Dated:  August 24, 2016

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge