IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARCUS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RICHMOND, et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-02871-MMC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

　　　　On September 2, 2016, Peter Bonis, counsel for plaintiff, failed to appear as ordered at a regularly scheduled case management conference in the above-titled action. Counsel for defendant appeared.

　　　　The above-referenced failure to appear is not the first instance of plaintiff's or his counsel's failure to comply with the Court's orders. On August 15, 2016, the Court ordered plaintiff to "immediately submit" a chambers copy of the First Amended Complaint. Thereafter, on August 24, 2016, no such document having been submitted, the Court issued an order directing plaintiff to show cause in writing, no later than August 31, 2016, why sanctions should not be imposed for plaintiff's failure to comply with the Court's August 15 order. To date, no response to the Court's August 31 order has been filed, nor has a chambers copy of the operative pleading been submitted.

　　　　Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than September 14, 2016, why the above-titled action should not be dismissed, pursuant

to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 2, 2016

                                                MAXINE M. CHESNEY
                                                United States District Judge