IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GEORGE MARCUS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, CHRISTOPHER MAGNUS, KAISER PERMANENTE MEDICAL CENTER, DR. BILHARTZ M.D., DR. BROWN M.D., DR. DISTON M.D., DAVID NEWDORE, ESQ., DOES 1-100,<br><br>Defendants. | Case No. 16-cv-02871-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** |
|---|---|
| JOHNATHAN WYCINSKY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, CHRISTOPHER MAGNUS, DOES 1-10,<br><br>Defendants. | Case No. 16-cv-02873-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** |

Before the Court are the following two motions, each filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure: (1) plaintiff George Marcus' ("Marcus") motion, filed August 1, 2017, for relief from judgment entered September 26, 2016 in Case No. 16-2871; and (2) plaintiff Jonathan Wycinsky's ("Wycinsky") motion, filed August 1, 2017, for relief from judgment entered October 3, 2016 in Case No. 16-2873. On August 15, 2017, defendant City of Richmond ("the City") filed, in each case, an opposition to both motions. Plaintiff did not file a reply. The matter came on regularly for hearing on September 15, 2017. Peter Bonis appeared on behalf of plaintiffs Marcus and Wycinsky. Christine Maloney of Foster Employment Law appeared on behalf of the City.

Having considered the parties' respective written submissions and the arguments

made by counsel at the hearing, the Court, for the reasons stated on the record at the hearing, hereby DENIES the motions.

**IT IS SO ORDERED.**

Dated: September 18, 2017

MAXINE M. CHESNEY
United States District Judge